UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Damiene Lewis,　　　　　　　　　　　　　　　Civil 10-3082  PJS/FLN

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　O R D E R

U.S. Department of Justice
Bureau of Prisons, and
P.A. Sullivan,

    Defendants.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 23, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis* [#3] is DENIED;

2. Plaintiff's motion for appointment of counsel [#2] is DENIED; and

3. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: October 18, 2010.　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　United States District Judge